## Cover Page Attachment

I have included one copy of complaint attachments and exhibits for each defendant. I have also included one copy of complaint attachments and exhibits for the court as well as a notice of filing notice, a copy of the notice and cease and desist that has been filed with Glynn County for this court along with all other pleadings for this court. I have sent an extra copy of all documents so I May receive a copy marked filed, I have also included a stamped and addressed envelope for the filed copy to be mailed back to me.