Attachment 1: Defendants

# DEFENDANTS

Defendant No. 1

| | |
|---|---|
| Name | Glynn County, Municipality |
| Capacity | Official and Individual Capacity |
| Street Address | W. Harold Pate Building, 1725 Reynolds Street, Suite 302 |
| City and County | City of Brunswick, Glynn County |
| State and Zip Code | Georgia 31520 |
| Telephone Number | 912-554-7401 |

Defendant No. 2

| | |
|---|---|
| Name | Glynn County Sheriff's Department, Public Service |
| Capacity | Official and Individual Capacity |
| Street Address | 100 Sulphur Springs |
| City and County | City of Brunswick, Glynn County |
| State and Zip Code | Georgia 31520 |
| Telephone Number | 912-554-7600 |

Defendant No. 3

| | |
|---|---|
| Name | Glynn County Superior Court, Public Service |
| Capacity | Official and Individual Capacity |

## Attachment 1: Defendants

| | |
|---|---|
| Street Address | 701 H Street #103 |
| City and County | City of Brunswick, Glynn County |
| State and Zip Code | Georgia 31520 |
| Telephone Number | 912-554-7272 |

Defendant No. 4

| | |
|---|---|
| Name | Jackie Johnson, Glynn County District Attorney |
| Capacity | Official and Individual Capacity |
| Street Address | 701 H Street, Box 301 |
| City and County | City of Brunswick, Glynn County |
| State and Zip Code | Georgia 31520 |
| Telephone Number | 912-554-7200 |

Defendant No. 5

| | |
|---|---|
| Name | Anthony L. Harris, Superior Court Judge |
| Capacity | Official and Individual Capacity |
| Street Address | 701 H Street #103 |
| City and County | City of Brunswick, Glynn County |
| State and Zip Code | Georgia 31520 |
| Telephone Number | 912-554-7272 |

Attachment 1: Defendants

Defendant No. 6

| | |
|---|---|
| Name | E. Neal Jump, Glynn County Sheriff |
| Capacity | Official and Individual Capacity |
| Street Address | 100 Sulphur Springs |
| City and County | City of Brunswick, Glynn County |
| State and Zip Code | Georgia 31520 |
| Telephone Number | 912-554-7600 |

Defendant No. 7

| | |
|---|---|
| Name | Glynn County Assistant District Attorney, unknown |
| Capacity | Official and Individual Capacity |
| Street Address | 701 H Street, Box 301 |
| City and County | City of Brunswick, Glynn County |
| State and Zip Code | Georgia 31520 |
| Telephone Number | 912-554-7200 |