## JURISDICTION AND VENUE

1.    This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C., Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure. This court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. Section 1367.

2.    Jurisdiction for removal is under United States Statute 28 USC 1446 and Rule 8(a) of the Federal Rules of Civil Procedure.

3.    The District Court of the Southern District of Georgia is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.