Lord James Christopher
128 Edgewater Trail
Canton, GA 30115

### IN THE SUPERIOR COURT OF GLYNN COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| State of Georgia, <br> Plaintiff | Case Number <br> CR-1800318 |
| vs. | NOTICE OF COMPLAINT, <br> INJUNCTION AND REMOVAL |
| Lord James Christopher, <br> Defendant | |

I, Victim, Lord James Christopher (hereinafter referred to as a victim) put all agents/parties acting on behalf of County of Camden State of Georgia, and Camden County Sheriff's Department for the matter of case no.CR-1800318 on immediate notice that this matter is now under the jurisdiction of the *United States District Court for the Southern District of Georgia.*

1. Victim has file a filed a complaint, request for injunction and removal with the District Court.

2. Victim has brought action against Camden County and all of Camden County's agents/parties acting on behalf of case no.CR-1800318

3. Victim brings this action under *TITLE 42 of the United States Code, Section 1983, for: deprivation of constitutional rights under color of state law.*

4. As of the 11th day of October 2019 Glynn County, and all agents/parties acting on behalf of, are hereby on notice.

5. Camden County and all other defendants named in this action will be severed:

(i). A copy of the Complaint, Request for Injunction and Removal

(ii). A Summons

in the proper fashion.

_____
Lord James Christopher

### Certificate of service

This hereby certify that a copy of this document has been mailed by UPS on 10/12/2019 to the Glynn County Superior Court District Attorney's Office at: 701 H St. #301, Brunswick, Ga.

_____
Lord James Christopher

10/11/19
Date